

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Rodney Earl Miller,
\* From the 244th District Court
Of Ector County, Texas
Trial Court No. C-29,905.

Vs. No. 11-15-00099-CR
\* May 14, 2015

The State of Texas,
\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.